At the close of the fiscal years ended January 31, 1919, and January 31, 1920, inventories were taken upon what was then considered the market value of the goods. This value was determined by the principal stockholder and officer of the company, who had been engaged in the business for 35 years. One or more of the employees considered that the market value shown by the inventories was high and that the principal stockholder was optimistic as to business conditions in determining the valuations on the articles. Subsequent to 1923 and after the death of the principal stockholder, who made the valuations, the taxpayer corporation revised its closing inventories for the respective years involved and placed lower valuations upon certain of the articles included therein. It then offered to file amended returns based upon the changed inventories.

The market for the goods dealt in by this taxpayer was unsettled and there was a difference of opinion among dealers and valuation experts as to what the market valuations were at the close of the respective years.

### DECISION.

The determination of the Commissioner is approved. There is no evidence as to the cost of the goods or that the revised inventories more accurately reflect the market value than the original inventories.

---

## Appeal of STOTZER GRANITE CO.    Docket No. 281.

Submitted May 8, 1925; decided May 21, 1925.

*J. Gordon Steele, C. P. A.,* for the taxpayer.
*A. Calder Mackay, Esq.,* for the Commissioner.

### Before GRAUPNER and TRAMMELL.

This appeal is taken from the determination of a deficiency in income and profits taxes for the calendar years 1919 and 1920. The petition alleges error on the part of the Commissioner in restoring to net income for the year 1919 the sum of $4,320.68 and for the year 1920 the sum of $9,591.20, said amounts having been charged off in the returns made by the taxpayer for the respective years as bad debts. The disallowance by the Commissioner of the said sums resulted in the deficiency from which this appeal is taken. No evidence was introduced by the taxpayer to show that during the years 1919 and 1920 any debts were owing to it, or that it had any bad debts, or that it was entitled to any deduction whatever for debts ascertained to be worthless and charged off during either of the calendar years mentioned above.

### FINDINGS OF FACT.

The taxpayer is a Wisconsin corporation with its principal office in the City of Milwaukee.

### DECISION.

The determination of the Commissioner is approved.